**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OPP LIQUIDATING COMPANY, INC. (f/k/a Orchids Paper Products Company), et al.,<br><br>　　　　　　　Debtors.<br><br>BUCHWALD CAPITAL ADVISORS LLC, as Liquidating Trustee of the Orchids Paper Products Liquidating Trust,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY S. SCHOEN, *et al.,*<br><br>　　　　　　　Defendants. | Chapter 11<br><br>Case No. 19-10729 (MFW)<br><br>Jointly Administered<br><br><br><br><br>Adv. Proc. No. 21-50431 (MFW) |

**DEFENDANTS JEFFREY SCHOEN, STEVEN BERLIN, JOHN GUTTILLA, DOUGLAS HAILEY, ELAINE MACDONALD, AND MARK RAVICH'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure, and for the reasons set forth in the accompanying memorandum of law in support of this Motion, Defendants Jeffrey Schoen, Steven Berlin, John Guttilla, Douglas Hailey, Elaine MacDonald, and Mark Ravich ("**Defendants**"), hereby move for dismissal of the Complaint for Breach of Fiduciary Duty (Adv. Dkt. 1).

Defendants consent to the entry of final orders or judgments by the Court if it is determined that the Court may enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, Defendants respectfully request that this Court enter an order in substantially the form attached hereto as **Exhibit A** and grant such further relief as the Court may deem necessary or proper.

Dated: June 25, 2021  
       Wilmington, Delaware

Respectfully submitted,

*/s/ D. Ryan Slaugh*  
Jeremy W. Ryan (No. 4057)  
D. Ryan Slaugh (No. 6325)  
**POTTER ANDERSON & CORROON LLP**  
1313 N. Market Street, 6th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 984-6000  
Facsimile: (302) 658-1192  
Email: jryan@potteranderson.com  
       rslaugh@potteranderson.com  

-and-  

Vincent E. Lazar, Esq.  
William A. Williams, Esq.  
Monika N. Kothari, Esq.  
**JENNER & BLOCK LLP**  
353 N. Clark Street  
Chicago, Illinois 60654  
Telephone: (312) 222-9350  
Facsimile: (312) 527-0484  
Email: vlazar@jenner.com  
       wwilliams@jenner.com  
       mkothari@jenner.com  

*Counsel to Defendants Jeffrey Schoen, Steven Berlin, John Guttilla, Douglas Hailey, Elaine MacDonald, and Mark Ravich*