IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPP LIQUIDATING COMPANY, INC. (f/k/a Orchids Paper Products Company), et al.,<br><br>                          Debtors.<br><br>BUCHWALD CAPITAL ADVISORS LLC, as Liquidating Trustee of the Orchids Paper Products Liquidating Trust,<br><br>                          Plaintiff,<br><br>     v.<br><br>JEFFREY S. SCHOEN, *et al.,*<br><br>                          Defendants. | Chapter 11<br><br>Case No. 19-10729 (MFW)<br><br>Jointly Administered<br><br><br><br>Adv. Pro. No. 21-50431 (MFW) |

**DEFENDANTS JEFFREY SCHOEN, STEVEN BERLIN, JOHN GUTTILLA, DOUGLAS HAILEY, ELAINE MACDONALD, AND MARK RAVICH'S<br>MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

      Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure, and for the reasons set forth in the accompanying memorandum of law in support of this Motion, Defendants Jeffrey Schoen, Steven Berlin, John Guttilla, Douglas Hailey, Elaine MacDonald, and Mark Ravich ("**Defendants**"), hereby move for dismissal of the First Amended Complaint for Breach of Fiduciary Duty (Adv. Dkt. 17).

      Defendants consent to the entry of final orders or judgments by the Court if it is determined that the Court may enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, Defendants respectfully request that this Court enter an order in substantially the form attached hereto as **Exhibit A** and grant such further relief as the Court may deem necessary or proper.

Dated:  August 13, 2021

Respectfully Submitted,

**POTTER ANDERSON & CORROON LLP**

/s/ *D. Ryan Slaugh*
Jeremy W. Ryan (No. 4057)
D. Ryan Slaugh (No. 6325)
1313 North Market Street, 6th Floor
Wilmington, DE  19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: jryan@potteranderson.com
          rslaugh@potteranderson.com

-and-

**JENNER & BLOCK LLP**
Vincent E. Lazar (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
Monika N. Kothari (admitted *pro hac vice*)
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Email: vlazar@jenner.com
          wwilliams@jenner.com
          mkothari@jenner.com

*Counsel to Defendants Jeffrey Schoen, Steven Berlin, John Guttilla, Douglas Hailey, Elaine MacDonald, and Mark Ravich*