## CERTIFICATE OF SERVICE

       I, Marc J. Phillips, hereby certify that on December 19, 2022, I caused a true and correct copy of the foregoing **Plaintiff's Response in Opposition to Defendants' Motion for Leave to File Dispositive Motion on Time-Barred Claims** to be served via CM/ECF upon all parties receiving such service and additionally upon the parties listed below in the manner indicated:

**VIA EMAIL:**
Mark Minuti, Esq.
Saul Ewing Arnstein & Lehr LLP
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
mark.minuti@saul.com

Candice L. Kline, Esq.
Saul Ewing Arnstein & Lehr LLP
161 North Clark St., Suite 4200
Chicago, IL 60601
candice.kline@saul.com

Jeremy W. Ryan, Esq.
R. Stephen McNeill, Esq.
Sameen Rizvi
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801
jryan@potteranderson.com
rmcneill@potteranderson.com
srizvi@potteranderson.com

Vincent E. Lazar, Esq.
William A. Williams, Esq.
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-3456
vlazar@jenner.com
wwilliams@jenner.com

                                             */s/ Marc J. Phillips*
                                             Marc J. Phillips (No. 4445)